B26 (Official Form 26) (12/08)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re: **Jasvinder Kaur**
Debtor

Case No. **1-17-45498**
Chapter 11

PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF **Jasvinder Kaur** HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **10/3/2018** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of **Jasvinder Kaur** holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| **Vijay and Sharan Cab Corp** | **100.00%** | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report contains a balance sheet, a statement of income (loss), statement of cash flows, and a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of **Jasvinder Kaur** holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 11/16/2018

Signature of Authorized Individual

Name of Authorized Individual

Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

/s/ Jasvinder Kaur
Signature of Debtor

Signature of Joint Debtor

**Balance Sheet for Vijay and Sharan Cab Corp**
**As of 10/31/2018**

| | | |
|---|---|---|
| ***ASSETS*** | | |
| Unrestricted Cash and Equivalents | $ | - |
| *TOTAL CURRENT ASSETS* | $ | - |
| *PROPERTY & EQUIPMENT* | | |
| Building, Land, Improvements and others | $ | 1,380,000.00 |
| Depreciation | $ | (442,154.00) |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 937,846.00 |
| *OTHER ASSETS* | | |
| *TOTAL OTHER ASSETS* | $ | - |
| **TOTAL ASSETS** | **$** | **937,846.00** |

| | | |
|---|---|---|
| ***LIABILITIES*** | | |
| Loan from shareholders | $ | 56,553.00 |
| Loans and mortgages | $ | 749,160.00 |
| *TOTAL LIABILITIES* | **$** | **805,713.00** |
| ***OWNERS' EQUITY*** | | |
| Additional Paid In Capital | $ | 246,875.00 |
| Retained Earnings | $ | (114,742.00) |
| Net Income | $ | - |
| *NET OWNERS' EQUITY* | **$** | **132,133.00** |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | **$** | **937,846.00** |

**Statement of Income (Loss) for Vijay and Sharan Cab Corp**
**For period beginning 10/01/2018 and ending 10/31/2018**

| **INCOME** | **CURRENT MONTH** |
|---|---|
| Taxi Income | $ - |
| Total Income | $ - |
| **OPERATING EXPENSES** | |
| Bank Charges | $ - |
| Withdrawal | $ - |
| Total Operating Expenses Before Depreciation | $ - |
| Depreciation/Depletion/Amortization | $ - |
| Net Profit (Loss) | $ - |

**Statement of Cash Flows for Vijay and Sharan Cab Corp**
**For period beginning 10/01/2018 and ending 10/31/2018**

| | |
|---|---|
| **CASH - Beginning** | $ - |
| **RECEIPTS** | |
| Taxi Income | $ - |
| **TOTAL RECEIPTS** | **$ -** |
| **DISBURSEMENTS** | |
| Bank Charges | $ - |
| Withdrawal | $ - |
| **TOTAL DISBURSEMENTS** | **$ -** |
| | |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | **$ -** |
| | |
| **CASH – Ending** | **$ -** |

**Description of Operations for Vijay and Sharan Cab Corp**

This entity provides taxi services.